United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMARCO STRICKLAND,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC., et al.,<br><br>Defendants. | Case No. 21-cv-00396-SK<br><br>**ORDER OF DISMISSAL**<br><br>Regarding Docket No. 33 |

Plaintiff informs the Court that he wishes to dismiss this action in its entirety with prejudice. (Dkt. No. 33.) Good cause appearing, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court HEREBY ORDERS that this action is DISMISSED with prejudice.

**IT IS SO ORDERED**.

Dated: April 29, 2022

_____
SALLIE KIM
United States Magistrate Judge